IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )   Cr. No. *12-92-02*
            vs. )
              )   Judge *Bissoon*
              )   Magistrate Judge Cynthia Reed Eddy
*Mayank Mishra* )

## MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

Defense Counsel: *Lee Rothman*

Government: *Charles Eberle*, AUSA

1. Date of Arraignment: *4/2/2013*
2. Defendant is: _____ incarcerated.
                    ___X___ on bond.
3. Defendant entered a plea of _not guilty_.
4. The parties were advised that all pretrial motions must filed within fourteen (14) days.
5. A Rule 16 conference: ___X___ has been held.
                                         _____ has not been held.
6. Discovery is ___X___ completed _____ not completed.
7. Defendant has requested to be tried by: ___X___ Jury
                                                                        _____ Non-Jury
8. All parties have been advised that the matter:

   _____ has been scheduled for trial for _____.

   _____ has not been scheduled for trial.

   ___X___ has not been scheduled for trial, but will be notified.
9. Estimated trial length: *5 weeks*.
10. Defendant: ___X___ has been processed by U.S. Marshal.

    _____ has not been processed by U.S. Marshal, but has been advised to be processed.

                                                                                     <u>Cynthia Reed Eddy</u>

                                                                                     United States Magistrate Judge