IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITES STATES OF AMERICA )
)
vs. ) Criminal No. 12-92-02
)
Mayank Mishra )
)

## ORDER OF COURT

AND NOW, this 2nd, day of April, 2013, upon consideration of the within Motion to Extend Time for Filing Pretrial Motions, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the dame hereby is, GRANTED;

IT IS FURTHERED ORDERED that the extension of time caused by this continuance (April 2, 2013 through May 17, 2013) be deemed excludable delay under the Speed Trial Act 18 U.S.C. § 3161 et seq. Specifically, the court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant to a speedy trial, 18 U.S.C. § 3161(h)(7)(a), since, for the reasons stated in defendant's motion, the failure to grant such continuance would deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS FURTHER ORDERED that any pretrial motions referred to in Local Criminal Rule 12 are due on or before May 17, 2013.

_____
United States Magistrate Judge