**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

                    vs.                 Criminal No. 12-92

MAYANK MISHRA,
                Defendant

**APPLICATION TO APPEAR PRO HAC VICE**

TO THE HONORABLE JUDGE OF SAID COURT:

1. Name of the court before which applicant wishes to appear: U.S. District Court Western District of Pennsylvania- Pittsburgh Division

2. Applicant wishes to be admitted to represent Mayank Mishra in Cause(s) 2:12-cr-0092-CB-2 and 2:13-cr-00268-CB1

3. Applicant's Information: Norman J. Silverman, Silverman Law Group, 917 Franklin, 4th Floor, Houston, Texas 77002, Office: 713-526-1515, 713-526-1798 Fax, Email:lawyernorm@msn.com

4. Applicant has been admitted to practice in the following courts: **U.S. District Court Northern District of Texas 06/11/1999, the U.S. Supreme Court on 08/01/2005, and the State of Texas on 2/09/1995.**

 5. Applicant does not maintain an office in the state of Pennsylvania, nor is applicant a member of a firm that has an office in Pennsylvania. Applicant has not engaged in any general practice in the state of Pennsylvania.

6. Applicant is in good standing in each jurisdiction in which he has been admitted.

7. Applicant is not currently suspended or disbarred in any other court.

8. Applicant has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar.

9. Applicant has conferred with local counsel, Sally A. Frick, who will move his admission to this Court and who has entered her appearance as notice counsel on behalf of this Defendant.

10. Applicant understands that unless permitted to withdraw by order of the court, the applicant will continue to represent the client in the cause until the final determination of the cause, and that with reference to all matters incident to such cause applicant consents to the jurisdiction of the courts of the state of Pennsylvania, of the disciplinary tribunals of the Pennsylvania bar, and of the Pennsylvania Board of Bar Admissions in all respects as if the applicant was regularly admitted and licensed member of the Pennsylvania Bar.

Respectfully Submitted,

/s/Norman J. Silverman
State Bar: 00792207
917 Franklin, 4th Floor
Houston, Texas 77002
Office: 713-526-1515
Fax: 713-526-1798

**Application Oath:**

I, Norman J. Silverman, certify that I have read and understand the Local Rules for the Western District of Pennsylvania and that I will register as a user of the Western District of Pennsylvania's ECF system.

Date: December 5, 2013          Signature:  /s/ Norman J. Silverman