IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 12-92 |
| | ) | (ELECTRONICALLY FILED) |
| RICHARD BUSH | ) | |
| MAYANK MISHRA | ) | |

**NOTICE OF INTENT TO USE POWER POINT PRESENTATION DURING OPENING STATEMENT**

AND NOW comes the United States of America, through its counsel, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Brendan T. Conway, Assistant United States Attorney for said district, and respectfully submits the government's Notice of Intent to Use Power Point Presentation During Opening Statement.

It is the government's intent, unless objected to by the Court or the defendants, to present the Power Point presentation attached hereto as Exhibit A. The government is providing notice in the hopes of resolving objections, if any, prior to the opening statement.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

/s/ Brendan T. Conway
BRENDAN T. CONWAY
Assistant U.S. Attorney
U.S. Post Office and Courthouse
700 Grant Street, Suite 4000
Pittsburgh, Pennsylvania 15219
(412) 894-7348 (Phone)
(412) 894-7311 (Fax)
brendan.conway@usdoj.gov
PA ID No. 78726