IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 12-92 |
| | ) | (ELECTRONICALLY FILED) |
| MAYANK MISHRA | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 13-268 |
| | ) | (ELECTRONICALLY FILED) |
| MAYANK MISHRA | ) | |

## MOTION TO SHOW CAUSE

AND NOW comes the United States of America, through its counsel, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Brendan T. Conway, Assistant United States Attorney for said district, and respectfully submits the government's motion to show cause. For the reasons set forth below, the Court should schedule a hearing in which Norman Silverman and Daphne Silverman should be required to show cause why the Court should not hold them in contempt of this Court's order of February 9, 2016 (Criminal No. 12-92, Document No. 342) and revoke their *pro hac vice* status.

On February 9, 2016, the Court ordered Norman Silverman to pay $4,300 and Daphne Silverman to pay $1,000 "immediately" to the United States District Court Clerk. The government's investigation revealed that as of the filing of this pleading, neither Norman Silverman nor Daphne Silverman complied with the order. Neither of Silvermans filed any document with the Court objecting to the Order or explaining why they have not made a payment. Counsel for the government inquired through e-mail correspondence why the Silvermans have not paid, but neither of the Silvermans responded to the correspondence. It

1

therefore appears that the Silvermans have decided to not pay the fine, as required by the Court order and in contempt of the Court order.

WHEREFORE, for the reasons set forth above, the Court should schedule a hearing in which the Silvermans shall appear and show cause why the Court should not hold them in contempt of Court and revoke their *pro hac vice* status.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

/s/ Brendan T. Conway
BRENDAN T. CONWAY
Assistant U.S. Attorney
U.S. Post Office and Courthouse
700 Grant Street, Suite 4000
Pittsburgh, Pennsylvania 15219
(412) 894-7348 (Phone)
(412) 894-7311 (Fax)
brendan.conway@usdoj.gov
PA ID No. 78726