IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | 2:12-cr-00092-CB |
| | : | |
| v. | : | Order of Contempt against |
| | : | Attorney Daphne Silverman |
| RICHARD BUSH and | : | re: Criminal Action no. 12-92 |
| MAYANK MISHRA, | : | |
| | : | HONORABLE JUDGE |
| DEFENDANTS. | : | CATHY BISSOON |
| | : | |
| | : | Type of Pleading: |
| | : | |
| | : | **NOTICE OF** |
| | : | **APPEARANCE** |
| | : | |
| | : | Filed on Behalf of: |
| | : | |
| | : | Respondent Attorney Daphne Silverman |
| | : | |
| | : | Counsel of Record for Respondent |
| | : | |
| | : | Joseph V. Charlton, Esquire |
| | : | Pa. Supreme Court Id. No.: 200429 |
| | : | |
| | : | CHARLTON & CHARLTON |
| | : | 617 South Pike Road |
| | : | Sarver, PA 16055 |
| | : | Phone: 724.540.1161 |
| | : | Fax:    724.540.1164 |
| | : | Email: joe@charltonlawyers.com |
| | : | |

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | 2:12-cr-00092-CB |
| | : | |
| v. | : | Order of Contempt against |
| | : | Attorney Daphne Silverman |
| RICHARD BUSH and | : | re: Criminal Action no. 12-92 |
| MAYANK MISHRA, | : | |
| | : | HONORABLE JUDGE |
| DEFENDANTS. | : | CATHY BISSOON |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURTS:

    Kindly enter my appearance on behalf of Respondent Attorney Daphne Silverman regarding the Order of Contempt filed against her in the above-captioned matter.

    Respectfully submitted,

*/s/ Joseph V. Charlton*
_____
JOSEPH V. CHARLTON, ESQUIRE
Pa. Supreme Court Id. No.: 200429

CHARLTON & CHARLTON
617 South Pike Road
Sarver, Pennsylvania 16055
Phone: 724.540.1161
Fax:    724.540.1164 facsimile
Email: joe@charltonlawyers.com