IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA,
PITTSBURGH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | |
| | § | 2:12-CR-92-CB |
| MAYANK MISHRA | § | |

FILED
APR 09 2019
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## NOTICE OF APPEAL
## OF ORDER DENYING ATTORNEY DAPHNE SILVERMAN'S MOTION
## FOR RELIEF FROM COURT'S ORDER REVOKING PRO HAC VICE

Notice is hereby given that Attorney Daphne Silverman, pro se, appeals to the United States Court of Appeals for the Third Circuit this Court's Order in Document 606 Denying Attorney Daphne Silverman's Motion for Relief from this Court's Order revoking Daphne Silverman's pro hac vice status. The Motion for Relief is Document 605.

Respectfully submitted on this the 2nd day of April, 2019.

By: Daphne Pattison Silverman
The Silverman Law Group
501 North IH-35
Austin, Texas 78702
(512) 485-3003
(512) 597-1658 Fax
Texas Bar No. 06739550