

**SILVERMAN**
**LAW GROUP**
DEFENDING TRUTH AND JUSTICE

April 2, 2019

United States District Clerk
Western District of Pennsylvania
700 Grant Street, Suite, 3110
Pittsburgh, PA  15219

Re: U.S. v. Mishra, Cause No. 2:12-cr-92-CB

Dear Clerk of the Court:

Enclosed for filing is my pro se Notice of Appeal of Court's Order denying Motion for Relief from Judgment or Order. I do not have access to ECF filing due to revocation of my pro hac status.  Please file the Motion and email me a docketed copy at Daphnesilverman@gmail.com.

My check for $505  for the filing fee is enclosed.

Respectfully,

Daphne L. Silverman

501 North IH35  •  Austin, TX 78702  •  512-485-3003
SilvermanLawGroupAustin.com