

United States District Clerk
Western District of Pennsylvania
700 Grant Street, Ste. 3110
Pittsburgh, PA  15219