```
DUPLICATE

Court Name: USDC, WESTERN DISTRICT OF PA
Division: 2
Receipt Number: 24668055687
Cashier ID: meckenro
Transaction Date: 04/09/2019
Payer Name: Daphne Lynn Pattison
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Daphne Lynn Pattison
 Case/Party: D-PAW-2-12-CR-000092-001
 Amount:      $505.00
----------------------------------
CHECK
 Check/Money Order Num: 1660
 Amt Tendered: $505.00
----------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

A
```